David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

John B. Berryhill, Esq. (PA Bar # 83911; *Pro Hac Vice Application Pending*)
**John B. Berryhill LLC**
1300 MacDade Blvd., Suite 1
Folsom, PA 19033
(610) 565-5601 (voice/fax)
john@johnberryhill.com

Attorneys for Plaintiff
Domdevelo OÜ

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Domdevelo OÜ,<br>An Estonian Limited Company,<br><br>    Plaintiff,<br><br>v.<br><br>Foris Limited,<br>A Hong Kong Limited Company,<br><br>    Defendant. | Case No._____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Plaintiff Domdevelo OÜ submits the following disclosure pursuant to Fed. R. Civ. P. 7.1(a): Plaintiff has no corporate parent, and no publicly-traded company holds any interest in Plaintiff.

DATED: December 20, 2024.
                                              **GINGRAS LAW OFFICE, PLLC**

                                              David S. Gingras, Esq.
                                              Attorney for Plaintiff
                                              Plaintiff Domdevelo OÜ